IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re: Christine Blount,  
    Debtor.

Chapter: 13  
Case Number: 14-30762

## REQUEST FOR DISCOVERY

COMES NOW Auto Acceptance, a Creditor in the above case, and requests that the Debtor respond to the following discovery requests in accordance with the Bankruptcy Rules of Procedure:

1. Produce the 2000 Lexus for inspection. At the time of production, the keys should be available so the vehicle can be cranked and driven.

2. Produce all documentation for the vehicle when the vehicle was purchased, or during the time the vehicle has been owned by the Debtor or maintained by the Debtor, including but limited to the bill of sale, odometer statement, finance contract, maintenance records, and any other documentation which show the purchase of the vehicle, current condition of the vehicle, or maintenance of the vehicle.

3. Produce any documents which show the value of the vehicle.

4. Produce any documents which the Debtor intends to introduce into evidence at any evidentiary hearing in the above case.

/s/ Richard C. Dean, Jr.  
Attorney for Auto Acceptance

OF COUNSEL:  
P.O. Box 1028  
Montgomery, AL 36101-1028  
(334) 264-2695  
pjw

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case:

Christine Blount  
5700 Bell Road Lot # 97  
Montgomery, AL 36116

Richard D. Shinbaum, Esq.  
P.O. Box 201  
Montgomery, AL 36101-0201

Mr. Curtis C. Reding, Trustee  
P.O. Box 173  
Montgomery, AL 36101

/s/ Richard C. Dean, Jr.  
Of Counsel