UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
CHRISTINE BLOUNT  
5700 BELL RD LOT 97  
MONTGOMERY, AL 36116

Case No.14-30762-WRS  
Chapter 13

Debtor  
SSN: XXX-XX-1408

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

    H & Y PRETZEL BAKERY/AUNTIE ANNES  
    ATTN PAYROLL  
    1020 EASTDALE MALL E13  
    MONTGOMERY, AL  36117-2116

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, March 14, 2018.

                              */s/ William R. Sawyer*  
                              William R. Sawyer  
                              United States Bankruptcy Judge

**CC:** CHRISTINE BLOUNT